# UNITED STATES DISTRICT COURT

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Dec 08, 2015

SEAN F. McAVOY, CLERK

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Miqbel, Majde | Docket No. | 0980 1:14CR02101-005 |

### Petition for Action on Conditions of Pretrial Release

      COMES NOW  Curt Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Majde Miqbel, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 20th day of February 2015 under the following conditions:

**Standard Condition #1:** Defendant shall not commit an offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day and charge, arrest or contact with law enforcement.  Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** On or about November 9, 2015, Majde Miqbel was arrested and charged with violation of a no contact court order.

### PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:      December 8, 2015

by      s/Curtis G. Hare

Curt Hare
U.S. Pretrial Services Officer

THE COURT ORDERS

[ X ]      No Action
[   ]      The Issuance of a Warrant
[   ]      The Issuance of a Summons
[   ]      The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[   ]      Defendant to appear before the Judge assigned to the case.
[   ]      Defendant to appear before the Magistrate Judge.
[   ]      Other

Signature of Judicial Officer

12/8/2015

Date