UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 1:14-CR-2101-LRS-5 |
|---|---|
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO EXPEDITE AND DENYING MOTION TO MODIFY CONDITIONS OF RELEASE |
| MAJDE MIQBEL, | |
| Defendant. | |

**BEFORE THE COURT** without oral argument is Defendant's Motion to Modify Conditions of Release (**ECF No. 203**), which the Court expedites pursuant to the simultaneously filed Motion to Expedite (**ECF No. 204**). Defendant seeks the removal of Special Condition 19, requiring GPS monitoring requests modification of Special Condition No. 19 of his pretrial release imposing GPS monitoring and a curfew. *See* ECF No. 123 (April 10, 2015 Order Granting Second Motion to Modify Conditions of Release). The Motion is unopposed. (ECF No. 205). Defendant's Motion to Modify is denied for the following reasons:

1. Defendant contends his compliant behavior justifies the modification of his conditions of release. However, he has had one positive urinalysis sample (see ECF Nos. 135, 137) and was recently arrested on violation of a no contact court order.

2. Defendant's Motion does not provide any new information alleviating the Court's concerns forming the basis for the imposed conditions. The only new information is the fact of the Defendant's guilty plea to the charge of Conspiracy to Distribute Controlled Substances and the pending sentencing hearing. The Court

ORDER - 1

has no information regarding the potential penalty.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Defendant's Motion to Expedite (**ECF No. 204**) is **GRANTED** and Motion to Modify Conditions of Pretrial Release (**ECF No. 203**) is **DENIED.**

**DATED** December 9, 2015.

<u>s/James P. Hutton</u>
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER - 2